IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, as Trustee for MASTR Asset Backed Securities Trust 2006-HE4,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNITA A. KELLY, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-2614-TWT |

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to Magistrate Court of Fulton County.

SO ORDERED, this 18 day of October, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\US Bank National Association\r&r.wpd